IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE BREWINGTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES I through XXX, inclusive,<br><br>　　　　Defendants. | Case No. 3:13-cv-00400-LRH-VCP |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Catherine Brewington and Defendant State Farm Mutual Automobile Insurance Company, by and through their undersigned counsel of record, hereby stipulate and agree that the above-entitled matter may be dismissed with prejudice,

. . .

. . .

with each party to bear her or its own attorney's fees and costs, and each party to waive and forego her or its rights to appeal from any order, ruling or other action by the Court in this matter.

Dated this 7th day of April, 2015.                              Dated this 7th day of April, 2015.

BRADLEY, DRENDEL & JEANNEY, LTD

By: _____
THOMAS E. DRENDEL, ESQ.
Nevada Bar No. 0655

Attorneys for Plaintiff
Catherine Brewington

GLOGOVAC & PINTAR

By: _____
SCOTT A. GLOGOVAC, ESQ.
Nevada Bar No. 226

Attorneys for Defendant State Farm Mutual Automobile Insurance Company

## ORDER

Based on the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice, with each party to bear her or its own attorney's fees and costs.

IT IS FURTHER HEREBY ORDERED that each party has waived or foregone her or its rights to appeal from any order, ruling or other action of the Court in this matter.

DATED this 8th day of April, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE